NUMBER 13-99-383-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________


ROGELIO RAY RAMIREZ
, Appellant,


v.



THE STATE OF TEXAS
, Appellee.

___________________________________________________________________


On appeal from the 103rd District Court


of Cameron County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Dorsey and

Yañez

Opinion by Chief Justice Seerden




 Rogelio Ray Ramirez, appellant, appeals from his conviction for
injury to an elderly person. Tex. Penal Code Ann. §22.04(a) (Vernon
1999). Appellant's court-appointed counsel has filed a brief in which
she concludes that the appeal is wholly frivolous and without merit.(1) 
The brief meets the requirements of Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), that counsel present a
professional evaluation of the record demonstrating why, in effect, there
are no arguable grounds to be advanced. See High v. State, 573
S.W.2d 807 (Tex. Crim. App. 1978). 

 The record reflects that the trial court administered the proper
admonishments to appellant. Appellant stated that he understood the
admonishments. Appellant then pled guilty to the charge. He
acknowledged that he knowingly and voluntarily entered the plea. The
State then presented appellant's judicial confession and stipulation to
evidence without objection. The court adjudicated appellant guilty of
the crime and assessed punishment at five years imprisonment,
according to the terms of the plea bargain and within the statutory
range for the crime charged.

 We have carefully reviewed the record and agree that the appeal
is wholly frivolous and without merit. See Stafford v. State, 813 S.W.2d
503, 509 (Tex. Crim. App. 1991). 


 The judgment of the trial court is AFFIRMED. 




 __________________________________

 ROBERT J. SEERDEN, Chief
Justice


Do not publish
.

Tex. R. App. P. 47.3.


Opinion delivered and filed this 

14th day of September, 2000.

 

1. A copy of counsel's brief has been delivered to appellant, and
appellant was advised of his right to file a pro se brief. No pro se
brief has been filed.